**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division**

**In re** Jae B Cheong                                                      **Case No.** 18-13000-KHK

**Debtor(s)**                                                                **Chapter** 13

## ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ $5,604.00, currently on deposit with the Treasury of the United States, be returned to:

Jae B. Cheong
c/o Fisher-Sandler, LLC
3977 Chain Bridge Rd., #2
Fairfax, VA  22030

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Jul 23 2020                               /s/ Klinette H. Kindred
                                                United States Bankruptcy Judge

                                                NOTICE OF JUDGMENT OR ORDER
                                                ENTERED ON DOCKET:
                                                  July 27, 2020

pc: Financial Administrator

[ounclmfd ver. 03/06]